Bradley C. **CARTER**, Plaintiff–Appellant,

v.

**UNITED STATES DEPARTMENT OF the ARMY; Secret Service,** Defendants–Appellees.

No. 01–1421.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 8, 2001.

Bradley C. Carter, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Bradley C. Carter appeals the district court's order dismissing without prejudice his claim under the Freedom of Information Act for failure to maintain a local service address. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carter v. United States Dep't of the Army*, No. CA–00–3239 (D.Md. Mar. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*